FILED

04/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0034

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 24-34

ERIN BILLS,

Petitioner/Appellee,

v.

KRISTIN COOPER,
f/k/a KRISTIN ANDERSON

Respondent/Appellant.

## ORDER

On Appeal from the Montana Sixth Judicial District Court
Park County, Cause No. DV-21-18
Honorable Brenda R. Gilbert

Pursuant to Appellee's Unopposed Motion for Extension of Time to File Opening Brief, with good cause appearing therefore and no objection by Appellant,

IT IS HEREBY ORDERED that Appellee's Unopposed Motion for Extension of Time to File Opening Brief is GRANTED, and Appellee shall have up to and including Monday, May 13, 2024 to file her opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

ORDER                                                    1

Cc:  Kirsten Mull Core
     Dennis Lind, Matthew A. McKeon

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 9 2024